United States District Court
Southern District of Texas
**ENTERED**
September 15, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ADRIAN CAMPBELL, | § | |
| | § | |
| Petitioner, | § | |
| VS. | § | CIVIL ACTION NO. 2:21-CV-137 |
| | § | |
| WARDEN G HEAD, | § | |
| | § | |
| Respondent. | § | |

## ORDER

Before the Court is Petitioner's "Written Objection to Recommendation to Dismiss Case" (D.E. 9). Petitioner asserts that he has paid the filing fee and that his case should not be dismissed for failure to prosecute. On September 2, 2021, the Magistrate Judge issued his Order (D.E. 7), withdrawing the memorandum and recommendation (D.E. 6) to which Petitioner objects, having already acknowledged that the filing fee was paid, but had been delayed in docketing. Consequently, the Court OVERRULES the objection as moot. The case will not be dismissed for failure to prosecute because the recommendation to do so has been withdrawn.

ORDERED this 15th day of September, 2021.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE